IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM RUSSELL GARRETT, | No. C 06-05182 SBA (PR) |
| Petitioner, | **ORDER GRANTING EXTENSION OF TIME FOR RESPONDENT TO FILE OPPOSITION TO PETITIONER'S MOTION FOR LEAVE TO AMEND PETITION** |
| v. | |
| D.L. RUNNELS, Warden, | |
| Respondent. | |

Petitioner William Russell Garrett, a prisoner of the State of California incarcerated at California State Prison - Los Angeles, filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Court issued an order to show cause requiring Respondent to show cause why the petition for a writ of habeas corpus should not be granted. Respondent filed an answer on April 30, 2007. Petitioner filed a traverse on May 25, 2007.

Before the Court is Petitioner's "Motion for Order Granting Leave to Amend Petition for Habeas Corpus" (docket no. 22) in which Petitioner seeks to amend his petition to add related claims that have been exhausted in the state supreme court.[1] In its March 20, 2008 Order Denying Motion for Appointment of Counsel and Setting Briefing Schedule on Petitioner's Motion for Leave to Amend Petition, the Court noted that Petitioner had a pending request to amend his petition and issued a further briefing schedule. Respondent was directed to file an opposition to the request to amend his petition within thirty days of the March 20, 2008 Order. Petitioner has since filed the above-referenced motion to amend. To date, Respondent has not filed an opposition to Petitioner's motion to amend pursuant to the March 20, 2008 Order. In light of Petitioner filing a new motion to amend, the Court directs Respondent to file an opposition to Petitioner's motion to amend within

---

[1] The California Supreme Court's official website shows that the habeas petition relating to his new claims was denied on June 20, 2007 in Garrett (William R.) On H.C., Cal. S. Ct. No. S149609.

1 **thirty (30) days** of the date of this Order.  Petitioner may file a reply within **thirty (30) days** of the
2 date of his receipt of the opposition.
3    IT IS SO ORDERED.
4 DATED:     6/23/08              *Saundra B Armstrong*
  SAUNDRA BROWN ARMSTRONG
5 United States District Judge

P:\PRO-SE\SBA\HC.06\Garrett5182.EOToppn.wpd  2

|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| FOR THE | |
| NORTHERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| WILLIAM RUSSELL GARRETT, | Case Number: CV06-05182 SBA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| D.L. RUNNELS et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 23, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sharon R. Wooden
CA Attorney General's Office
455 Golden Gate Ave.
Suite 11000
San Francisco, CA 94102-7004

William R. Garrett V-30110
California Men's Colony
P.O. Box 8101
San Luis Obispo, CA 93409-8101

cc: Lisa Clark, Lorene, Gina

Dated: June 23, 2008

Richard W. Wieking, Clerk
By: Ivy L. Garcia for Lisa R Clark, Deputy Clerk

P:\PRO-SE\SBA\HC.06\Garrett5182.EOToppn.wpd

**United States District Court**
For the Northern District of California