IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM RUSSELL GARRETT,<br><br>    Petitioner,<br><br>  v.<br><br>D.L. RUNNELS, Warden,<br><br>    Respondent.<br>_____ / | No. C 06-05182 SBA (PR)<br><br>**ORDER GRANTING PETITIONER LEAVE TO FILE AMENDED PETITION; TO SHOW CAUSE; AND GRANTING RESPONDENT'S REQUEST FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL ANSWER**<br><br>(Docket nos. 22, 26) |

    Petitioner William Russell Garrett, a prisoner of the State of California incarcerated at California State Prison - Los Angeles, filed a <u>pro se</u> petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Court issued an order to show cause requiring Respondent to show cause why the petition for a writ of habeas corpus should not be granted. Respondent filed an answer on April 30, 2007. Petitioner filed a traverse on May 25, 2007.

    Before the Court is Petitioner's "Motion for Order Granting Leave to Amend Petition for Habeas Corpus" (docket no. 22) in which Petitioner seeks to amend his petition to add related claims that have been exhausted in the state supreme court.[1] In its March 20, 2008 Order Denying Motion for Appointment of Counsel and Setting Briefing Schedule on Petitioner's previously-filed Motion for Leave to Amend Petition (docket no. 16), the Court noted that Petitioner had a pending request to amend his petition and issued a further briefing schedule. Respondent was directed to file an opposition to the request to amend his petition within thirty days of the March 20, 2008 Order. Petitioner has since filed the above-referenced motion to amend.

    On July 22, 2008, Respondent filed a statement of non-opposition to Petitioner's motion to amend. Respondent now moves for an extension of time to file a supplemental answer in response to the amended petition.

---

[1] The California Supreme Court's official website shows that the habeas petition relating to his new claims was denied on June 20, 2007 in Garrett (William R.) On H.C., Cal. S. Ct. No. S149609.

1    In light of Respondent's statement of non-opposition, the Court GRANTS Petitioner's
2 motion for leave to amend the petition to add his newly-exhausted claims (docket no. 22).

3    Because it appears that Petitioner has fully exhausted his remedies with respect to each
4 claim he raises in his amended petition, see 28 U.S.C. § 2254(b), (c); because it appears that the
5 amended petition was timely filed, see 28 U.S.C. § 2244(d); and because Petitioner raises claims
6 cognizable in his amended petition filed pursuant to § 2254, Respondent is directed to SHOW
7 CAUSE why the amended petition should not be granted.

## CONCLUSION

9    1.    Petitioner's motion for leave to amend the petition to add his newly-exhausted claims
10 (docket no. 22) is GRANTED.  The Clerk of the Court is directed to file the document which is
11 labeled "First Amended Petition," and docket the aforementioned document as Plaintiff's "First
12 Amended Petition."  The Clerk is further directed to mark the First Amended Petition as filed on
13 June 18, 2008, the date it was received by the Court.

14    2.    The Clerk of the Court shall serve by certified mail a copy of this Order and the First
15 Amended Petition and all attachments thereto upon Respondent's attorney, the Attorney General of
16 the State of California.  The Clerk shall also serve a copy of this Order on the Petitioner at his most
17 current address.

18    3.    Respondent's request for an extension of time to file a supplemental answer in
19 response to the claims in Petitioner's First Amended Petition is GRANTED.  Respondent's
20 supplemental answer is due on **September 21, 2008.**  Petitioner's supplemental traverse is due **sixty**
21 **(60) days** after his receipt of the answer.

22    4.    This Order terminates Docket nos. 22 and 26.

23    IT IS SO ORDERED.

24  DATED: 7/30/08                              _Saundra B Armstrong_
                                               SAUNDRA BROWN ARMSTRONG
25                                             United States District Judge

P:\PRO-SE\SBA\HC.06\Garrett5182.EOTsuppANSWER.wpd    2

*United States District Court*
*For the Northern District of California*

**United States District Court**
For the Northern District of California

1
2 UNITED STATES DISTRICT COURT
3 FOR THE
4 NORTHERN DISTRICT OF CALIFORNIA
5
6
7 WILLIAM RUSSELL GARRETT,                                  Case Number: CV06-05182 SBA
8          Plaintiff,                                       **CERTIFICATE OF SERVICE**
9    v.
10 D.L. RUNNELS et al,
11          Defendant.
12                                              /

13 I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

14
15 That on August 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

16
17
18
19 William R. Garrett V-30110
   California Men's Colony
20 P.O. Box 8101
   San Luis Obispo, CA 93409-8101
21
   Dated: August 4, 2008
22                                                  Richard W. Wieking, Clerk
                                                    By: LISA R CLARK, Deputy Clerk
23
24
25
26
27
28

P:\PRO-SE\SBA\HC.06\Garrett5182.EOTsuppANSWER.wpd