IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM R. GARRETT,<br><br>    Petitioner,<br><br>  v.<br><br>D.L. RUNNELS, Warden,<br><br>    Respondent. | No. C 06-05182 SBA (PR)<br><br>**ORDER DIRECTING RESPONDENT TO SERVE COPIES OF EXHIBITS ON PETITIONER** |

Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus. The Court issued an order to show cause requiring Respondent to show cause why the petition for a writ of habeas corpus should not be granted. Respondent filed an answer on April 30, 2007. Petitioner filed a traverse on May 25, 2007.

Petitioner subsequently filed a "Motion for Order Granting Leave to Amend Petition for Habeas Corpus" in which Petitioner sought to amend his petition to add related claims that have been exhausted in the state supreme court. Respondent thereafter filed a statement of non-opposition to Petitioner's motion. In an Order dated July 30, 2008, the Court granted Petitioner's motion for leave to amend the petition to add his newly-exhausted claims, and the Court set a new briefing schedule. Respondent filed a supplemental answer on September 22, 2008. Petitioner filed a supplemental traverse on November 7, 2008.

Petitioner has filed a request for "a complete copy of the reporter [sic] transcripts and clerk's transcript" in Santa Cruz County Superior Court Case nos. F-03105 and F-05575. (Req. for Tr. at 1.) The Court construes Petitioner's request as a request for an Order directing Respondent to serve

1  Petitioner with the aforementioned exhibits.  Good cause appearing, the request is GRANTED.
2  Respondent shall serve Petitioner with a copy of the aforementioned exhibits, which the Court
3  assumes were previously lodged with the answer, on or before **thirty (30) days** from the date of this
4  Order.
5      IT IS SO ORDERED.
6
7  Dated:  1/13/09                                             SAUNDRA BROWN ARMSTRONG
                                                          UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

P:\PRO-SE\SBA\HC.06\Garrett5182.reqEXHIBITS.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

WILLIAM RUSSELL GARRETT,

        Plaintiff,

  v.

D.L. RUNNELS et al,

        Defendant.

Case Number: CV06-05182 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 13, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

William R. Garrett V-30110
California Men's Colony
P.O. Box 8101
San Luis Obispo, CA 93409-8101

Dated: January 13, 2009

                Richard W. Wieking, Clerk
                By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\HC.06\Garrett5182.reqEXHIBITS.wpd