1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

8

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10

11

12

13

14

| | | |
|---|---|---|
| WILLIAM RUSSELL GARRETT, | ) | No. C 06-5182 SBA (pr) |
| Petitioner, | ) | **ORDER DENYING CERTIFICATE OF APPEALABILITY; GRANTING MOTION TO EXTEND TIME TO FILE A NOTICE OF APPEAL** |
| v. | ) | |
| DAVID L. RUNNELS, Warden, | ) | |
| Respondent. | ) | |
| _____ | ) | (Docket No. 44 & 45) |

15

The Court has denied Petitioner's petition for a writ of habeas corpus on the merits.

16

Petitioner has now filed a request for a certificate of appealability (Docket No. 45).

17

Petitioner has not shown, however, "that jurists of reason would find it debatable whether the

18

petition states a valid claim of the denial of a constitutional right and that jurists of reason

19

would find it debatable whether the district court was correct in its procedural ruling." Slack

20

v. McDaniel, 529 U.S. 473, 484 (2000).  Accordingly, the request for a certificate of

21

appealability is hereby DENIED.

22

The Clerk shall forward this order, along with the case file, to the United States Court

23

of Appeals for the Ninth Circuit, from which Petitioner may also seek a certificate of

24

appealability. See United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997).

25
26
27
28

**United States District Court**
For the Northern District of California

1    Petitioner's motion for an extension of time to file a notice of appeal (Docket No. 44)

2  is GRANTED.  Petitioner's notice of appeal (Docket No. 47) is deemed timely filed.

3    This order terminates Docket Nos. 44 & 45.

4    **IT IS SO ORDERED.**

5  DATED: 8/27/09

6    _Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

P:\PRO-SE\SBA\HC.06\Garrett182.coa.md        2

**United States District Court**
For the Northern District of California

1  UNITED STATES DISTRICT COURT
   FOR THE
2  NORTHERN DISTRICT OF CALIFORNIA

3

4  WILLIAM RUSSELL GARRETT,

                                                    Case Number: CV06-05182 SBA
            Plaintiff,
5                                                   **CERTIFICATE OF SERVICE**

      v.
6
   D.L. RUNNELS et al,
7
            Defendant.
8                                                  /

9
   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
10 Court, Northern District of California.

11 That on August 27, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said
   copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
12 envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
   located in the Clerk's office.
13

14

15
   William R. Garrett V-30110
16 California Men's Colony
   P.O. Box 8101
17 San Luis Obispo, CA 93409-8101

18 Dated: August 27, 2009
                                              Richard W. Wieking, Clerk
19                                            By: LISA R CLARK, Deputy Clerk

20

21

22

23

24

25

26

27

28

   P:\PRO-SE\SBA\HC.06\Garrett182.coa.md          3