1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM RUSSELL GARRETT,                )    No. C 06-5182 SBA (pr)
                                        )
            Petitioner,                 )    **ORDER DENYING MOTION FOR**
v.                                      )    **RECONSIDERATION**;
                                        )
D.L. RUNNELS,                           )    **ORDER  DENYING MOTION FOR**
                                        )    **THE APPOINTMENT OF COUNSEL**
            Respondent.                 )
_____ )

        The Court denied the petition in the above-titled matter, and entered judgment in favor of

Respondent on May 21, 2009.  (See Docket Nos. 42 & 43.)  This Court also denied Petitioner's

request for a certificate of appealability (see Docket No. 48), as has the Ninth Circuit Court of

Appeals (see Docket No. 51).

        Petitioner now moves, pursuant to Federal Rule of Civil Procedure ("FRCP") 60(b)(1), for

reconsideration of the judgment and the order denying the petition because of mistakes made by the

state and federal courts.  (See Docket No. 53.)  A motion brought pursuant to FRCP 60(b)(1) must

be filed "no more than a year after the entry of judgment or order or date of proceeding."  See FRCP

60(c)(1).

        Petitioner's motion is untimely.  Specifically, Petitioner filed the present motion on

November 21, 2011, well more than a year after judgment was entered on May 21, 2009, and it is

**United States District Court**
For the Northern District of California

1  | therefore barred by the filing requirement set forth in FRCP 60(c)(1).  Accordingly, Petitioner's

2  | motion is DENIED.

3  |      Petitioner also has filed a motion for reasonable accommodations (Docket No. 57) which in

4  | actuality is a motion for the appointment of counsel.  In light of the fact that the Court has already

5  | resolved this action, such request is moot.  Alternatively, Petitioner has not otherwise made a

6  | sufficient showing for the appointment of counsel.  There is no right to counsel in habeas corpus

7  | actions.  See Knaubert v. Goldsmith, 791 F.2d 722, 728 (9th Cir. 1986).  However, 18 U.S.C.

8  | § 3006A(a)(2)(B) authorizes a district court to appoint counsel to represent a habeas petitioner

9  | whenever "the court determines that the interests of justice so require" and such person is financially

10 | unable to obtain representation.  The decision to appoint counsel is within the discretion of the

11 | district court, see Chaney v. Lewis, 801 F.2d 1191, 1196 (9th Cir. 1986), and should be granted only

12 | when exceptional circumstances are present.  See generally 1 J. Liebman & R. Hertz, Federal

13 | Habeas Corpus Practice and Procedure § 12.3b at 383-86 (2d ed. 1994).  Petitioner has not shown

14 | that there are exceptional circumstances warranting appointment of counsel, and said motion is

15 | DENIED.

16 |      This order terminates Docket Nos. 53 & 57.

17 |

18 |      IT IS SO ORDERED.

19 | DATED: _3/13/12

20 |      SAUNDRA BROWN ARMSTRONG
     United States District Judge

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

G:\PRO-SE\SBA\HC.06\Garrett182.recon.md.frm     2

**United States District Court**
For the Northern District of California

1  UNITED STATES DISTRICT COURT

2  FOR THE

3  NORTHERN DISTRICT OF CALIFORNIA

4

5

6  WILLIAM RUSSELL GARRETT,                    Case Number: CV06-05182 SBA

7            Plaintiff,                        **CERTIFICATE OF SERVICE**

8     v.

9  D.L. RUNNELS et al,

10           Defendant.

11  _____/

12  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court,
13  Northern District of California.

14  That on March 13, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said
    copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
15  envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located
    in the Clerk's office.

16

17

18

19  William R. Garrett V-30110
    California Men's Colony
20  P.O. Box 8101
    San Luis Obispo,  CA 93409-8101

21  Dated: March 13, 2012

22                                              Richard W. Wieking, Clerk
                                                By: Lisa Clark, Deputy Clerk

23

24

25

26

27

28

G:\PRO-SE\SBA\HC.06\Garrett182.recon.md.frm                    3